**DISMISS and Opinion Filed December 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00145-CV**

**WILLIAM W. MCGUIRE, Appellant**
**V.**
**FIRST UNITED BANK AND TRUST COMPANY, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03797-2012**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Goldstein

By motion filed December 28, 2022, appellant informs the Court the parties

have settled the issues in this appeal and asks that the appeal be dismissed. *See* TEX.

R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220145F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM W. MCGUIRE,
Appellant

No. 05-22-00145-CV          V.

FIRST UNITED BANK AND
TRUST COMPANY, Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-03797-
2012.
Opinion delivered by Justice
Goldstein, Justices Pedersen, III and
Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee First United Bank and Trust Company recover its costs, if any, of this appeal from appellant William W. McGuire.

Judgment entered December 30, 2022 .